# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JESSICA HINTON, ET AL.

*Plaintiff*

v.

Civil Action No.: **1:20-CV-11232-IT**

THE GREATEST BAR, LLC, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Next Place LLC
262 Friend Street
Boston, MA   02114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Sullivan, Esq.
Sullivan Law Offices, PC
86 Weybosset Street, Suite 400
Providence, RI   02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Danielle Kelly
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-10-14 09:41:16.0, Clerk USDC DMA

Civil Action No.: **1:20–CV–11232–IT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) The Next Place, LLC

was received by me on (date) 10/14/2020 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Kathleen Henry (sect'y) , who is

designated by law to accept service of process on behalf of (name of organization) The Next Place, LLC

accepting for Resident Agent James Hickey on (date) 10/21/2020 ; or
of Tewksbury

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ 45.00 for travel and $ 45.00 for services, for a total of $ 90.00 .

I declare under penalty of perjury that this information is true.


10/29/2020
_____
Date

*Mark S. Ianuzzi*
_____
Server's Signature

Mark S Ianuzzi, Constable
_____
Printed name and title

P. O. Box 1
Randolph, MA 02368
617 770-0100
_____
Server's Address

Additional information regarding attempted service, etc: