UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JESSICA HINTON; TIFFANY TOTH GRAY; URSULA MAYES a/k/a URSULA SANCHEZ; CIELO JEAN GIBSON; and EVA PEPAJ ,

    Plaintiffs,

v.

THE NEXT PLACE, LLC,
WILLIAM FAIRWEATHER,
THE GREATEST BAR, LLC, and
PETER LUCIDO ,

    Defendants.

C.A. NO.: 1:20-CV-11232-IT

**JOINT MOTION TO EXTEND DEFENDANTS'
FILING OF RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**
**(Re: Up to and including January 7, 2021)**

NOW COME the parties, through their attorneys and request that the deadline for a responsive pleading from Defendants, The Greatest Bar LLC, The Next Place, LLC and William Fairweather, in the above captioned matter, due on December 17, 2020, be further extended to on or before **Thursday, January 7, 2021**.

WHEREFORE, the parties respectfully request that the Court grant this joint motion for an extension.

| | |
|---|---|
| Plaintiffs, | Defendants,<br>The Next Place, LLC, and William Fairweather, |
| By Their Attorneys, | By Their Attorneys, |
| */s/ Paul V. Sullivan* | */s/ Conrad J. Bletzer, Jr.* |
| _____ | _____ |
| Paul V. Sullivan, BBO #634466<br>Sullivan Law Offices, PC<br>33 Broad Street, Suite 302<br>Providence, RI 02903<br>Tel: (401) 861-9900<br>Fax: (401) 861-9977<br>psullivan@psullivanlaw.com | Conrad J. Bletzer, Jr. BBO# 045760<br>Bletzer & Bletzer, P.C.<br>300 Market Street<br>Brighton, MA 02135<br>Phone: 617-254-8900<br>Fax: 617-254-5522<br>ConradBletzer@bletzerlaw.com |

Defendants,
The Greatest Bar LLC, The Next Place, LLC,
and William Fairweather,

By Their Attorneys,

*/s/ Gareth W. Notis*

_____
Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4821

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2020

 /**s/** *Gareth W. Notis*
Gareth W. Notis