UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JESSICA HINTON; TIFFANY TOTH
GRAY; URSULA MAYES a/k/a URSULA
SANCHEZ; CIELO JEAN GIBSON; and
EVA PEPAJ ,

    Plaintiffs,

v.         C.A. NO.: 1:20-CV-11232-IT

THE NEXT PLACE, LLC,
WILLIAM FAIRWEATHER,
THE GREATEST BAR, LLC, and
PETER LUCIDO ,

    Defendants.

## PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT, PETER LUCIDO, ONLY

It is hereby stipulated among the parties that all claims against Defendant, Peter Lucido, ONLY be and hereby are dismissed without prejudice pursuant to Rule 41(a)(1)(ii).

| Plaintiffs,<br>By Their Attorneys, | Defendants,<br>By Their Attorneys, |
|---|---|
| */s/ Paul V. Sullivan* | */s/ Conrad J. Bletzer, Jr.* |
| Paul V. Sullivan, BBO #634466<br>Sullivan Law Offices, PC<br>33 Broad Street, Suite 302<br>Providence, RI 02903<br>Tel: (401) 861-9900<br>Fax: (401) 861-9977<br>psullivan@psullivanlaw.com | Conrad J. Bletzer, Jr. BBO# 045760<br>Bletzer & Bletzer, P.C.<br>300 Market Street<br>Brighton, MA 02135<br>Phone: 617-254-8900<br>Fax: 617-254-5522<br>ConradBletzer@bletzerlaw.com |

Defendants,
The Greatest Bar LLC, The Next Place, LLC,
and William Fairweather,

By Their Attorneys,

*/s/ Gareth W. Notis*

Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:  617-439-7500
Fax: 617-342-4821

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2020

 /s/ *Gareth W. Notis*
Gareth W. Notis